United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

APR 1 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>9761 McKenna Drive, Elk Grove, California 95757,<br>8270 Cliffcrest Drive, Sacramento, California 95828,<br>3713 45th Avenue, Sacramento, California 95824,<br>8108 Gwerder Court, Elk Grove, California 95758,<br>8646 Everidge Drive, Sacramento, California 95828,<br>35 Caina Court, Sacramento, California 95828,<br>6901 Pradera Mesa Drive, Sacramento, California 95824 | CASE NO.  2:13-SW-0053 EFB,<br>                2:13-SW-0054 EFB,<br>                2:13-SW-0055 EFB,<br>                2:13-SW-0056 EFB,<br>                2:13-SW-0057 EFB,<br>                2:13-SW-0058 EFB,<br>                2:13-SW-0059 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT |

The government's request to unseal this case with the exception of the original application which shall remain sealed is GRANTED.

A redacted copy of this application shall be provided by the United States Attorney's Office and be made available on the public docket.

Dated: April 16, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge